UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                                    ) CASE NO. MJ12-356
    Plaintiff,                      )
                                                    )
    v.                               )
                                                    ) DETENTION ORDER
GREGORY R. ROBERTSON,        )
                                                    )
    Defendant.                    )
_____ )

Offense charged:    Felon in Possession of a Firearm (D/KS No. 12-40069)

Date of Detention Hearing:    July 2, 2012.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant is charged in the District of Kansas with being a felon in possession

DETENTION ORDER
PAGE -1

of a firearm. He was arrested in this District. A Rule 5 hearing is pending.

2. Defendant was not interviewed by Pretrial Services, so most of his background information is not known or verified.

3. Defendant has a lengthy criminal record, which includes bail jumping, violations of a protection order, probation violations, and failures to appear. Active and extraditable warrants are currently outstanding from Sequim, WA. Defendant does not contest detention.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

Officer.

DATED this 2nd day of July, 2012.

S/MARY ALICE THEILER

Mary Alice Theiler
United States Magistrate Judge